### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS, INC.<br><br>Defendant. | Case No. 3:24-cv-01774-VDO<br><br><br><br><br><br><br><br>JANUARY 15, 2025 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF SIDNEY STEWART HASKINS II

Pursuant to Local Rule 83.1(e) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for Sidney Stewart Haskins II, Esq. to be admitted *pro hac vice* to appear before this Court on behalf of Defendant United Rentals, Inc. in the above-captioned matter.

1.  Pursuant to Local Rule 83.1(e)(1), an affidavit from Attorney Haskins stating his qualifications for *pro hac vice* admission is attached as Exhibit A to this motion.

2.  Pursuant to Local Rule 83.1(e)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

3.  Pursuant to Local Rule 83.1(e)(3), this motion is accompanied by payment of a fee of $200.00 to the Clerk of this Court.

4.  Pursuant to Local Rule 83.1(e)(4), Attorney Haskins will promptly file a certificate of good standing from the bar of the State of Georgia, where he has his primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned counsel respectfully moves for Sidney Stewart Haskins II, Esq. to be admitted *pro hac vice* in the above-captioned matter.

DEFENDANT UNITED RENTALS, INC.

By: */s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
225 Asylum Street
Hartford, CT 06103
Phone: (860) 275-0164
Fax: (860) 881-2625
Email: jmueller@daypitney.com

*Counsel for Defendant*