# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES SHELTON, individually and on behalf of all others similarly situated, | : | CASE NO. 3:24-CV-01774-VDO |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED RENTALS, INC. | : | |
| | : | |
| Defendant, | : | |

### AFFIDAVIT OF SIDNEY STEWART HASKINS II

I, Sidney Stewart Haskins II, being duly sworn, depose and say:

1. I am over 18 years old and believe in the obligations of an oath.

2. I submit this affidavit pursuant to Local Rule of Civil Procedure 83.1(e)(1) in support of the motion to admit me *pro hac vice* to represent Defendant United Rentals, Inc. in the above-captioned action.

3. I am an attorney with the law firm of King & Spalding LLP located at 1180 Peachtree Street, NE Suite 1600, Atlanta, Georgia, 30309, telephone number 1-404-572-4687, and e-mail address: shaskins@kslaw.com.

4. I am a member in good standing of the bar of the State of Georgia (Bar No. 336104), Georgia Court of Appeals (no bar number assigned), Georgia Superior Court (no bar number assigned), United States Supreme Court (no bar number assigned), United States Court of Appeals for the Fourth Circuit (no bar number assigned), United States Court of Appeals for the Seventh Circuit (no bar number assigned), United States Court of Appeals for the Tenth Circuit (no bar number assigned), United States Court of Appeals for the Eleventh Circuit (no bar number assigned), United States District Court

for the Middle District of Georgia (no bar number assigned), and United States District Court for the Northern District of Georgia (no bar number assigned).

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I designate my sponsoring attorney, Jeffrey P. Mueller of Day Pitney LLP, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Sidney Stewart Haskins II

Sworn to before me this 11th day of December 2024

_____
Notary Public
My Commission Expires: Sept. 10th, 2028