# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS, INC.<br><br>Defendant. | Case No. 3:24-cv-01774-VDO<br><br><br><br><br><br><br><br>JANUARY 15, 2025 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ALLEXIA BOWMAN ROBERTS

Pursuant to Local Rule 83.1(e) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for Allexia Bowman Roberts, Esq. to be admitted *pro hac vice* to appear before this Court on behalf of Defendant United Rentals, Inc. in the above-captioned matter.

1. Pursuant to Local Rule 83.1(e)(1), an affidavit from Attorney Roberts stating her qualifications for *pro hac vice* admission is attached as Exhibit A to this motion.

2. Pursuant to Local Rule 83.1(e)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

3. Pursuant to Local Rule 83.1(e)(3), this motion is accompanied by payment of a fee of $200.00 to the Clerk of this Court.

4. Pursuant to Local Rule 83.1(e)(4), Attorney Roberts will promptly file a certificate of good standing from the bar of the State of Georgia where she has her primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned counsel respectfully moves for Allexia Bowman Roberts, Esq. to be admitted *pro hac vice* in the above-captioned matter.

                DEFENDANT UNITED RENTALS, INC.

                By: */s/ Jeffrey P. Mueller*
                Jeffrey P. Mueller (ct27870)
                DAY PITNEY LLP
                225 Asylum Street
                Hartford, CT 06103
                Phone: (860) 275-0164
                Fax: (860) 881-2625
                Email: jmueller@daypitney.com

                *Counsel for Defendant*