# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS, INC.<br><br>Defendant. | Case No. 3:24-cv-01774-VDO<br><br><br><br><br><br><br><br><br>JANUARY 10, 2025 |

### AFFIDAVIT OF ALLEXIA BOWMAN ROBERTS

I, Allexia Bowman Roberts, being duly sworn, depose and say:

1. I am over 18 years old and believe in the obligations of an oath.

2. I submit this affidavit pursuant to Local Rule 83.1(e)(1) in support of the motion to admit me *pro hac vice* to represent Defendant United Rentals, Inc. in the above-captioned action.

3. I am an attorney with the law firm King & Spalding LLP located at 1180 Peachtree Street, NE Suite 1600, Atlanta, Georgia, 30309, telephone number +1 404-572-3584, and e-mail address: aroberts@kslaw.com.

4. I am a member in good standing of the bar of the State of Georgia (Bar No. 554115), the bar of the State of Washington (Bar No. 54902), Washington Supreme Court (no bar number assigned), Georgia Supreme Court (no bar number assigned), United States District Court for the District of Colorado (no bar number assigned United States District Court for the Northern District of Georgia (no bar number assigned), United States District Court for the Western District of Washington (no bar number assigned), and United States Court of Appeals for the Ninth Circuit (no bar number assigned).

5.  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.  I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

7.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.  I designate my sponsoring attorney, Jeffrey P. Mueller of Day Pitney LLP, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of ay dispute arising out of my admission.

Allexia Bowman Roberts

Sworn to before me this 10 day of January 2025.

Notary Public
My Commission Expires: March 13, 2028