# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | CASE NO. 3-24-CV-01774-VDO |
| Plaintiff, | |
| v. | |
| UNITED RENTALS, INC. | |
| Defendant. | JANUARY 24, 2025 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, S. STEWART HASKINS II of KING & SPALDING LLP, on behalf of Defendant United Rentals, Inc.[1] in the above-captioned action.

> DEFENDANT UNITED RENTALS, INC.
>
> By: */s/ S. Stewart Haskins II*
> S. Stewart Haskins II (phv208437)
> KING & SPALDING LLP
> 1180 Peachtree Street, N.E.
> Atlanta, Georgia 30309-3521
> Phone: (404) 572-4600
> Fax: (404572-5100
> Email: shaskins@kslaw.com
>
> Its Attorney

---

[1] Plaintiff incorrectly named United Rentals, Inc. as the defendant in this action. The correct party should be United Rentals (North America), Inc.