# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | CASE NO. 3-24-CV-01774-VDO |
| Plaintiff, | |
| v. | |
| UNITED RENTALS, INC. | |
| Defendant. | JANUARY 27, 2025 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, ALLEXIA BOWMAN ROBERTS of KING & SPALDING LLP, on behalf of Defendant United Rentals, Inc.[1] in the above-captioned action.

DEFENDANT UNITED RENTALS, INC.

By: */s/ Allexia Bowman Roberts*
Allexia Bowman Roberts (phv208438)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: aroberts@kslaw.com

Its Attorney

---

[1] Plaintiff incorrectly named United Rentals, Inc. as the defendant in this action. The correct party should be United Rentals (North America), Inc.