# **EXHIBIT A**

```
                    IN THE UNITED STATES DISTRICT COURT

                           DISTRICT OF CONNECTICUT



        JAMES SHELTON, individually   ) Case No.

        and on behalf of all others   ) 3:24-cv-01774-VDO

        similarly situated,           )

               Plaintiff,             )

                                      )

        V.                            )

                                      )

        UNITED RENTALS, INC.,         )

               Defendant              ) JANUARY 15, 2025
```

1 - March 8, 2024

1        ANSWERING PARTY:  Hello, can I help you?
2        CARRIE LOWER:  Hi, good morning, this is Carrie with United
3   Rentals on a recorded line. May I speak with Phillip, please?
4        ANSWERING PARTY:  Yeah, how can I help you?
5        CARRIE LOWER:  Hey, Phillip, are you still the person who's in
6   charge of ordering rental equipment for an open account for Charles W.
7   Romano Company?
8        ANSWERING PARTY:  Mm, yeah.
9        CARRIE LOWER:  Okay, wonderful. So, I'm calling today because,
10  like I said, you guys do have an open and active account, but it
11  doesn't look like you guys have actually utilized it for quite some
12  time, so I'm just trying to get a better idea of what your business
13  needs are and see how we could possibly help you guys out.
14       ANSWERING PARTY:  Who are you guys, United who?
15       CARRIE LOWER:  United Rentals. And you guys actually have an open
16  credit account. Did you know about this?
17       ANSWERING PARTY:  Oh, we have an open account?
18       CARRIE LOWER:  Yeah, a credit one. You sure do.
19       ANSWERING PARTY:  Oh, okay.
20       CARRIE LOWER:  So, we can invoice you instead of paying cash
21  upfront when you rent the equipment. Yeah, it's a credit line of
22  $161,000.
23       ANSWERING PARTY:  Interesting.
24       CARRIE LOWER:  Yeah. Did you know that you guys had this account?
25       ANSWERING PARTY:  No, I did not.

1           CARRIE LOWER:  It looks like it was opened on March 16th, 2021.
2           ANSWERING PARTY:  That sounds about right.
3           CARRIE LOWER:  So to get a better understanding of what your
4    business needs are, if you want to tell me a little bit about Charles
5    W. Romano, what you guys do, we'll see…
6           ANSWERING PARTY:  Yeah, we're contractors, so we're always
7    renting stuff, trailers, trucks, really anything you can think about,
8    equipment.
9           CARRIE LOWER:  Okay. All right. Now, do you happen to own any of
10   your own equipment as well?
11          ANSWERING PARTY:  Yeah, some of it, but most of it, we just go
12   ahead, and we'll lease it or rent it because for certain jobs, it's
13   just easier.
14          [00:02:00]
15          CARRIE LOWER:  Right. So, if you had to guess throughout the
16   frequency, how often throughout the year do you guys rent equipment?
17          ANSWERING PARTY:  Fairly often. I mean, depending on if we have a
18   job out of state or if we have something, like for example, if we need
19   to rent like a crane or something to reach high up, we don't own that.
20   We'll just rent that.
21          CARRIE LOWER:  Right, right. Maybe like a boom lift.
22          ANSWERING PARTY:  Yep.
23          CARRIE LOWER:  Maybe have to go 80 feet up in the air, or maybe
24   120 feet up in the air. Right.
25

|   |   |
|---|---|
| 1 | ANSWERING PARTY:  Yeah. Anything aerial. We'll do stuff like if |
| 2 | we have to… Do you guys do backhoes or not? |
| 3 | CARRIE LOWER:  We do. |
| 4 | ANSWERING PARTY:  Yeah. We need those occasionally as well. |
| 5 | CARRIE LOWER:  Okay. All right. So let me verify your email |
| 6 | address. Is this always the best number to reach you, which is the 215- |
| 7 | 535-3800? |
| 8 | ANSWERING PARTY:  Yeah. That's my cell phone. |
| 9 | CARRIE LOWER:  Okay. So that makes sense as to why the account |
| 10 | doesn't show any activities, because you guys were not aware that you |
| 11 | actually have this account. So let me just verify the email address. Is |
| 12 | it c-w-r-e-m-a-i-l @ gmail.com? |
| 13 | ANSWERING PARTY:  Let me give you a good email address. It's |
| 14 | going to be j-e-s-h-e-l-t-o-n-595@gmail.com. |
| 15 | CARRIE LOWER:  At gmail. All right, j-e-s-h-e-l-t-o-n- |
| 16 | 595@gmail.com. |
| 17 | ANSWERING PARTY:  Yes. |
| 18 | CARRIE LOWER:  Okay. Now, what projects are you guys working on |
| 19 | between now and the end of May that we could possibly help you guys |
| 20 | out? |
| 21 | ANSWERING PARTY:  Could you guys ... I'm just thinking about |
| 22 | this, what would we need? |
| 23 | [00:04:00] |
| 24 | We have a job that we're going to be doing up in Jersey. |
| 25 | Actually, it's not Jersey. It's in the Poconos. We're going to be doing |

|   |   |
|---|---|
| 1 | some stuff in the backyard of this Airbnb property. There's a pool |
| 2 | there. There's some hardscape work that has to get done, and we have to |
| 3 | get up on the roof. The issue with that is, I don't know how we would |
| 4 | get it in. The spacing is tight. But we're definitely going to need |
| 5 | equipment for that job. It's coming up. They're going to closing on it |
| 6 | in the next like three weeks, and then as soon as they close, we're |
| 7 | going to get in there and start. |
| 8 |     CARRIE LOWER:  Okay. Do you have an address? |
| 9 |     ANSWERING PARTY:  Yeah, 159 Whitetail Lane. |
| 10 |     CARRIE LOWER:  Did you say white, w-h-i-t-e? |
| 11 |     ANSWERING PARTY:  Whitetail Lane. |
| 12 |     CARRIE LOWER:  Okay. Perfect. |
| 13 |     ANSWERING PARTY:   In Long Pond, PA. |
| 14 |     CARRIE LOWER:  Okay. All right, looking to start possibly in |
| 15 | three weeks, and then you have to get up on the roof. How high up do |
| 16 | you think you need to go with that? |
| 17 |     ANSWERING PARTY:  30, 40 feet. |
| 18 |     CARRIE LOWER:  30, 40 feet, and you said it's a tight fit because |
| 19 | of the pool in the backyard? |
| 20 |     ANSWERING PARTY:  There's a pool back there. We can get back |
| 21 | there, but it's in the back of the woods anyway. |
| 22 |     CARRIE LOWER:  Okay, so are you looking for like a scissor lift, |
| 23 | or are you looking more like a boom lift, like a telescopic boom lift, |
| 24 | or an articulating boom lift? |
| 25 |   |

1      ANSWERING PARTY:  I'm going to have to actually go there for
2  myself before I can tell you one way or the other.
3      [00:06:00]
4      CARRIE LOWER:  So we can find out what the width might have to
5  be?
6      ANSWERING PARTY:  Yeah, I mean, I'm sure it's doable. I'm sure
7  it'll be doable.
8      CARRIE LOWER:  Okay. All right, so is it just the one that you
9  need, or do you need more than one?
10     ANSWERING PARTY:  Just one.
11     CARRIE LOWER:  And how long do you think you might need that?
12     ANSWERING PARTY:  Probably at least a week.
13     CARRIE LOWER:  Okay. Perfect. So, what I could do is, I could go
14  ahead and get started on that, so you know, um, to do a scissor lift
15  and an articulating boom lift. And then when you go and visit on site,
16  if you'll just let me know which one you think might work best, that
17  way we'll have everything ready for you. Now, I don't know how you
18  typically do this internally; you've been using other companies. So, do
19  you just reach out to the nearest branch as far as where the project's
20  located? How does that work internally?
21     ANSWERING PARTY:  Well, yeah, so like do you guys…I'm just a
22  little curious. Like so we had an account with you, and it wasn't open,
23  or it was…the answer to your question is, yeah, we usually just see
24  who's in the area.
25

1          CARRIE LOWER:  Okay.  So, I don't know if this would be helpful or
2    not, but I could be like a single point of contact. So that way you
3    don't have to worry about looking up, finding out where the nearest
4    branch is. You can text me, you can email me, or you could just give me
5    a phone call. You just tell me what project you're working on, or what
6    bid you're working on, what type of equipment you might need, and you
7    know, approximately when you think the rental's going to start in a
8    location, that's it. I take everything else off from your hands. And
9    then, I will just follow up with you, because I like to be proactive.
10   You said you do rent quite often –
11        [00:08:00]
12        So maybe what we might start doing is just maybe doing a monthly
13   follow-up with you and get a list of the different bids you guys might
14   be working on, or the different projects that you guys might be working
15   on. The good news is, I have access to over 1,500 branches. I am an
16   extension of that, wherever that nearest branch might be.
17        ANSWERING PARTY:  Right.
18        CARRIE LOWER:  You just have the one.
19        ANSWERING PARTY:  So, you can get the hookup, basically.
20        CARRIE LOWER:  Correct. Yeah. I don't know. It's been open. So,
21   I'm not sure. Now, are you the only individual that's in charge of
22   ordering rental equipment, or do you guys have a team of you that are
23   on it?
24        ANSWERING PARTY:  My assistant handles that, too, but I also do
25   it.

1  　　　　CARRIE LOWER:  Right. Right. Yeah. No, it hasn't been closed.
2  It's been open. So I mean, I would love to help you guys out.
3  　　　　ANSWERING PARTY:  Well, can you send me over an email with you
4  guys' info, and I can give you a call back whenever we're ready to move
5  forward?
6  　　　　ANSWERING PARTY:  Yes. Absolutely. Just so you know, we
7  definitely rent vehicles. Everything you mentioned, we are renting. We
8  do rent vehicles. We do rent backhoes, specialty tools. We also have
9  recently expanded our standard bathrooms and our storage containers. Do
10 you ever have a need to rent those types of items, as well, for any of
11 your projects?
12 　　　　ANSWERING PARTY:  A storage container? No. No, not really.
13 　　　　CARRIE LOWER:  Okay. All right. What about a standard bathroom?
14 　　　　ANSWERING PARTY:  No, we don't really need that.
15 　　　　CARRIE LOWER:  Okay. Perfect. And then, on that equipment that
16 you guys do own, I know that you prefer to rent, which is great. If
17 your equipment ever needs to be serviced, inspected, or repaired,
18 that's also something that we do. We can help you out with it. You
19 don't have to come to us. We have a specialized team, and they will
20 come to you. Again, you just reach out to me.
21 　　　　[00:10:00]
22 　　　　I'll have everything set up, and you'll receive a call within 24
23 hours or less from that division.
24 　　　　ANSWERING PARTY:  Okay.
25

|   |   |
|---|---|
| 1 | CARRIE LOWER:  And then, as far as if you have any new employees, |
| 2 | or you might have current employees who have operator certifications. |
| 3 | Maybe they're looking to obtain a new one, or maybe it's getting close |
| 4 | to it's time to renew. We have a United Academy that offers that |
| 5 | service, as well. We do online classes. |
| 6 | ANSWERING PARTY:  Okay. That's good to know. |
| 7 | CARRIE LOWER:  Yeah. We do online classes, or they can come to |
| 8 | you, or you guys can go to a certain designated area and do it. |
| 9 | ANSWERING PARTY:  Cool. |
| 10 | CARRIE LOWER:  So, I will definitely send you an email with all |
| 11 | of my contact information, a list of…just a brief list of some of the |
| 12 | services that we do offer. In that email, you will have a link to our |
| 13 | catalog. It's real easy to use. It's a live link. So as soon as you |
| 14 | open it, you could search in for keywords or tools if you ever have a |
| 15 | need for that. Do you ever have a need to rent any like compressors or |
| 16 | generators? |
| 17 | ANSWERING PARTY:  We have a generator, and yeah, we have our |
| 18 | own…like that type of equipment we have, but it's kind of the heavy- |
| 19 | duty stuff that we would need to get. It just doesn't make sense for us |
| 20 | to buy and hold that inventory and just leave it sitting in a yard. |
| 21 | It's just too much hassle for that. |
| 22 | CARRIE LOWER:  No. I absolutely agree with you. So, I will |
| 23 | definitely…I will go ahead. Let me work on this project for you, but |
| 24 | here in just a few minutes, I'll go ahead and send you an email, so you |
| 25 | have all of this information. Okay? |

|   |   |
|---|---|
| 1 | ANSWERING PARTY:  Okay. Thank you. |
| 2 | CARRIE LOWER:  Of course. Of course. Always feel free to reach |
| 3 | out via text, email, or phone call if anything comes up or you have any |
| 4 | questions between now – |
| 5 | [00:12:00] |
| 6 | And I'll probably reach out probably within another week and a |
| 7 | half, just check in on you and see if you guys were awarded that bid, |
| 8 | okay? |
| 9 | ANSWERING PARTY:  All right. That sounds good. Thank you. |
| 10 | CARRIE LOWER:  All right. Thank you. You have a great weekend. |
| 11 | ANSWERING PARTY:  You bet, bye, bye. |
| 12 | CARRIE LOWER:  Bye, bye. |
| 13 | [00:12:16] |

```
1          I hereby certify that the foregoing is, to the best of my
2     knowledge and belief, a true accurate transcription from English to
3     English.
4
5
            Anders Nelson
6           Anders Nelson (Jan 23, 2025 11:08 EST)

7           Anders Nelson
8           Project Manager
9           TransPerfect Legal Solutions
10
11
12          January 23, 2025
13
14
15
16
17
18
19
20
21
22
23
24
25
```

11 - March 8, 2024