# **<u>EXHIBIT B</u>**

```
                      IN THE UNITED STATES DISTRICT COURT

                            DISTRICT OF CONNECTICUT



          JAMES SHELTON, individually   ) Case No.

          and on behalf of all others   ) 3:24-cv-01774-VDO

          similarly situated,           )

                Plaintiff,              )

                                        )

          V.                            )

                                        )

          UNITED RENTALS, INC.,         )

                Defendant               ) JANUARY 15, 2025
```

1 RECORDING: Please leave your message for 215-5353-8000.

2 [0:00:11]

1    I hereby certify that the foregoing is, to the best of my
2    knowledge and belief, a true and accurate transcription from English to
3    English.
4
5
      *Anders Nelson*
6    Anders Nelson (Jan 23, 2025 11:10 EST)
     _____
7    Anders Nelson
8    Project Manager
9    TransPerfect Legal Solutions
10
11
12   January 23, 2025
13
14
15
16
17
18
19
20
21
22
23
24
25

3 – September 18, 2024