# **EXHIBIT C**

```
                    IN THE UNITED STATES DISTRICT COURT

                         DISTRICT OF CONNECTICUT



        JAMES SHELTON, individually   ) Case No.

        and on behalf of all others   ) 3:24-cv-01774-VDO

        similarly situated,           )

              Plaintiff,              )

                                      )

        V.                            )

                                      )

        UNITED RENTALS, INC.,         )

              Defendant               ) JANUARY 15, 2025
```

```
 1          RECORDING: Please leave your message for 215-5353-8000.
 2          [0:00:11]
```

2 - October 1, 2024

1
2          I hereby certify that the foregoing is, to the best of my
3     knowledge and belief, a true and accurate transcription from English to
4     English.
5
6
        *Anders Nelson*
        Anders Nelson (Jan 23, 2025 11:11 EST)
7        _____
8        Anders Nelson
9        Project Manager
10       TransPerfect Legal Solutions
11
12
13       January 23, 2025
14
15
16
17
18
19
20
21
22
23
24
25

                        3 - October 1, 2024