# **EXHIBIT D**

```
                    IN THE UNITED STATES DISTRICT COURT

                         DISTRICT OF CONNECTICUT


        JAMES SHELTON, individually   ) Case No.
        and on behalf of all others   ) 3:24-cv-01774-VDO
        similarly situated,           )
              Plaintiff,              )
                                      )
        V.                            )
                                      )
        UNITED RENTALS, INC.,         )
              Defendant               ) JANUARY 15, 2025
```

|   |   |
|---|---|
| 1 | ANSWERING PARTY:  Hello? |
| 2 | CARRIE LOWER:  Hi, this is Carrie with United Rentals on a |
| 3 | recorded line. May I speak with Phillip, please? |
| 4 | ANSWERING PARTY:  How can I help you? |
| 5 | CARRIE LOWER:  Hey, Phillip, I am actually calling about the open |
| 6 | rental account that you guys have set up for Charles W. Romano Company. |
| 7 | I don't know if you remember or not, it's been quite a while ago, we |
| 8 | spoke back in March about the account, and as promised I'm just |
| 9 | following up with you to see what bids or what projects you guys might |
| 10 | be working on between now and the end of the year and how we can help |
| 11 | you out. |
| 12 | ANSWERING PARTY:  Carrie, how did you get my number? |
| 13 | CARRIE LOWER:  How did I get your number? It's listed on the |
| 14 | account. |
| 15 | ANSWERING PARTY:  What account exactly are you talking about? |
| 16 | Because I'm really not sure what we're talking about. |
| 17 | CARRIE LOWER:  Okay, hold on one second, I can give you some more |
| 18 | information, okay? |
| 19 | ANSWERING PARTY:  Yes, please. |
| 20 | CARRIE LOWER:  Okay, so the account, it's an open credit account. |
| 21 | It was opened on 3/16/2021 and it's for Charles W. Romano Company. The |
| 22 | address on the account is 2230 East, and I'm going to spell it, B-E-N- |
| 23 | A-N-G-O Street in Philadelphia. |
| 24 | ANSWERING PARTY:  Okay. |
| 25 |   |

|     |     |
| --- | --- |
| 1   | CARRIE LOWER:  And I'm showing that you were listed as the person |
| 2   | that was in charge of ordering rental equipment. You're Phillip |
| 3   | Fleming, is that correct? |
| 4   | ANSWERING PARTY:  So, here's the deal, Carrie. |
| 5   | CARRIE LOWER:  Okay. |
| 6   | ANSWERING PARTY:  I'm not Phillip. It sounds to me like you're |
| 7   | calling…you were trying to reach somebody else. So, I'm James. |
| 8   | [00:02:04] |
| 9   | CARRIE LOWER:  Okay. |
| 10  | ANSWERING PARTY:  Do you guys…do you guys…do you guys, is it |
| 11  | possible that you're calling the previous owner of the phone? |
| 12  | CARRIE LOWER:  I'm not sure. The only number…so the thing that's |
| 13  | so odd is this, the email address is J. E. Shelton. Is that you? |
| 14  | ANSWERING PARTY:  That is my email address. |
| 15  | CARRIE LOWER:  Okay. Why would it have Phillip Fleming as the |
| 16  | name on the account? |
| 17  | ANSWERING PARTY:  Would it have been because you guys called me |
| 18  | back in March and I gave you that information so that I could find out |
| 19  | what was going on? |
| 20  | CARRIE LOWER:  Maybe, maybe, it's possible, and somebody went in |
| 21  | and changed it. Did you happen to receive…so there was an email that |
| 22  | was sent on March the 8th. There was an email that was sent to you |
| 23  | about the account. And then recently, a few days ago on the 8th, the |
| 24  | OSR sent an email. Let me see who he sent it to. |
| 25  | ANSWERING PARTY:  Yeah, I got an email from somebody. |

1         CARRIE LOWER:  About used equipment.
2         ANSWERING PARTY:  Well, what was interesting, what I was trying
3    to figure out was like, I got like two voicemails from, I think it
4    might have been you actually.
5         CARRIE LOWER:  It is me.
6         ANSWERING PARTY:  Like it was the exact same thing, like was it a
7    pre-recorded message or like what was going on there?
8         CARRIE LOWER:  Yes. So, what we're trying to do, okay, so it
9    sounds like maybe we have half of the information correct and maybe
10   like the name is wrong. So yes, I left a message on 10/1 and another
11   one on 9/18.
12        ANSWERING PARTY:  Right. It was like the exact same message.
13        CARRIE LOWER:  Yes.
14        ANSWERING PARTY:  Do you guys have like a robo message or—
15   **[00:04:00]**
16        CARRIE LOWER:  So, it is like a pre-recorded like a voicemail
17   whenever we're leaving messages. So, we drop like a voicemail whenever
18   we're leaving messages.
19        ANSWERING PARTY:  Oh, it's a voicemail drop.
20        CARRIE LOWER:  Yeah.
21        ANSWERING PARTY:  Okay, got it.
22        CARRIE LOWER:  So, but I'm a little bit nervous because, I guess,
23   so Phillip Fleming shouldn't even be listed on the account whatsoever.
24        ANSWERING PARTY:  Why are you nervous?
25

1    CARRIE LOWER:  Well, because I mean…[laughs]…you were, I've
2    never, I wouldn't say never, I think it's happened one other time and
3    they did have the wrong contact information listed on the account, but
4    this is the first time where it seems like the contact information and
5    the person who's in charge of ordering rental for the account, half of
6    it's right and the other half is wrong.
7    ANSWERING PARTY:  The thing is, is I've never had…I've never…I've
8    had this phone for almost a year now and I've never had any orders with
9    you or anything, I've never had an account set up. So, I'm not really
10   sure.
11   Do you guys just call previous customers trying to…because I've
12   had some people call me before looking for Phillip. I don't know who
13   that is. Maybe it's the previous owner of my phone number, but I don't,
14   I don't know.
15   CARRIE LOWER:  Yeah.
16   ANSWERING PARTY:  I'm not really sure.
17   CARRIE LOWER:  So, did you purchase the company from Phillip?
18   ANSWERING PARTY:  No.
19   CARRIE LOWER:  No. Well, I could tell you what we can do. I would
20   feel uncomfortable if, like you said, somebody's calling me and I don't
21   know anything about this account and I, I don't know…we can close out
22   the account. Um, so the purpose of the call is just that. The account
23   has not been used. Okay? It was opened, but it has not been used. I'm
24   not showing any history of any use.
25   [00:06:00]

|   |   |
|---|---|
| 1 | ANSWERING PARTY:  When was it used most recently? |
| 2 | CARRIE LOWER:  The last time it was used was in June. It was on |
| 3 | June 15th, 2021. And I can tell you what the amount was, but it's so |
| 4 | far back to where I don't actually see a copy of the invoice, so I |
| 5 | don't know. All I know is it was a rental. You had a rental, and it was |
| 6 | on June 15th, 2021. It's been paid. It was paid on July the 13th. So, |
| 7 | unfortunately, I don't have any more details on it. |
| 8 | ANSWERING PARTY:  Right. |
| 9 | CARRIE LOWER:  Um, let me go to another system because I want to |
| 10 | look and see, I want to try to help you out with this because we can |
| 11 | close out the account. It's entirely up to you. I wish I could say this |
| 12 | is why the account was opened. I've been with the company almost two |
| 13 | years and, unfortunately, I do not know why it was opened. |
| 14 | ANSWERING PARTY:  Have you spoken with the previous, uh, the |
| 15 | account holder?  I just am a little bit, you know, you guys are just |
| 16 | trying to drum up some business or reach a previous uh… |
| 17 | CARRIE LOWER:  Yeah, we're just trying to find out, because there |
| 18 | are times when, to be perfectly honest with you, the account was opened |
| 19 | because maybe they were interested in purchasing some equipment, okay? |
| 20 | And so the account was opened. And instead of paying cash up front, it |
| 21 | allows you to not only…like you can rent items, you can purchase |
| 22 | things. If you own equipment, you don't have to purchase the equipment |
| 23 | through us. If you own equipment and you need help having your |
| 24 | equipment serviced, inspected or repaired, we can help you out with |
| 25 | that. If you have certifications that are coming up and they need to be |

1  renewed or maybe you have some new employees that you hired, and you
2  need to obtain some new ones.
3      [00:08:02]
4      We have a United Academy that we can help you out with and get
5  you enrolled. There's over 150 different classes to choose from for
6  your certifications.
7      ANSWERING PARTY:  Okay.
8      CARRIE LOWER:  So that is the whole purpose of the call is to,
9  okay, we noticed that there hasn't been any activity. It looks like the
10 last activity was in 2021. Unfortunately, we don't have any more
11 details other than that. So, to find out what's going on. How can we
12 help you? Maybe you guys had a change in your business structure.
13 That's really the purpose of the call is to find out more information
14 about you, about your company and see how as United Rentals, we can
15 help you. And then sometimes they just, their business structure
16 changed from what it was a few years ago and it changed and they're
17 like, you know, we're not even in that business anymore, we will never
18 have a need to either purchase equipment or rent equipment. And I've
19 had that happen a handful of times. They sold their equipment, and they
20 moved on and they closed out the account. So that's the whole purpose
21 of the call really. Does that make sense?
22     ANSWERING PARTY:  Yeah, it makes sense. I mean, do customers
23 typically agree to get the like robocalls on their phone?
24     CARRIE LOWER:  So, our goal is this, our goal is, based on your
25 rental frequency, once we have touched base with you and we've

```
 1    identified who the person is that's in charge of ordering rental
 2    equipment, okay, because we may have outdated contact information. Once
 3    we identify that we update it. Based on your rental frequency, I'm
 4    going to be honest with you, now that you and I have had this
 5    conversation, if you choose to keep the account open, absolutely, we
 6    can do that. I do like to be proactive. But you haven't rented anything
 7    in a couple of years, right?
 8         [00:10:00]
 9         So, no, it would not continue every week. What happens is, I
10    would be proactive, you would have my contact information. And then I
11    would reach out to you maybe once every quarter or once every six
12    months, check in on you guys, see how things are going. See if there's
13    anything at all that we can help you guys out with. If you have -- I
14    always tell people this -- if you have a contact with United Rentals,
15    communicate that with me. I'm not going to interfere in that contact
16    that you have. All right? If you prefer to go into the branch, let me
17    know. I will still follow up with you maybe once every six months and
18    check in on you just to see how things are going. See if there's
19    anything we can help you out with. But other than that, I'm just an
20    extension of that contact that you have. I'm an extension. If you
21    prefer to go into the branch and actually see the people and visit or
22    whatever it might be.
23         ANSWERING PARTY:  Yeah, but do customers normally get robocalled?
24         CARRIE LOWER:  Mm-hmm.
25         ANSWERING PARTY:  They do?
```

1      CARRIE LOWER:  Yes, they do. So, once we once we actually have a
2      live conversation with you, then we know, now we know what's going on
3      and I put all the notes on the account. And then, yep, I can go ahead,
4      and I can set that up to where you won't get those calls.
5      ANSWERING PARTY:  But somebody that's done business with you
6      before, they get those calls?
7      CARRIE LOWER:  So, everybody is set up on like a frequency if
8      that makes any sense.
9      ANSWERING PARTY:  Right, right.
10     CARRIE LOWER:  Based on their rental history. So, I do have, like
11     most of my…once I identify who the person is that's making that
12     decision, once we update everything, I think the level of ease, it just
13     kind of, things ease down and they want a single point of contact.
14     **[00:12:10]**
15     A lot of people want that single point of contact. It could be an
16     email, I could send you an email, say, "Hey, just checking in with
17     you."
18     ANSWERING PARTY:   Right. I got you. Yeah. What about like, have
19     you ever…do you verify that like somebody is still the same person,
20     like they still have the same phone number? Like in my situation, I
21     guess it was like a reassigned number from the previous customer. Maybe
22     they had an account with you. And then the number got changed to me,
23     like I got the number. And then they're not in business anymore or what
24     have you. Do you guys check for that? Or how does that work?
25

1      CARRIE LOWER:  Well, see, so when I opened up the conversation
2   with you, I actually spoke with someone in March.
3      ANSWERING PARTY:  Yeah, you spoke with me.
4      CARRIE LOWER:  Okay. So, I am not sure how the name would have
5   been changed back to Phillip, if that's what it was. Honestly, I wish I
6   could explain it. I don't know other than I'm not the only one that is
7   using the system and the branches, they send out emails from time to
8   time and that type of thing. So, I wish I had a better answer for you.
9   But unfortunately, I do not.
10     ANSWERING PARTY:  Right. Yeah. But like, if somebody hasn't
11  purchased anything since 2021, do you do anything to make sure that the
12  phone is the right person?
13     **[00:14:00]**
14     CARRIE LOWER:  Yes. So based on the rental frequency, yes, that
15  is why I reach out. Does that make sense? So based on your rental
16  frequency that we'll set up, we could set it up quarterly, so once
17  every quarter, once I touch base with you once every quarter.
18     ANSWERING PARTY:  Before March, Carrie, did you speak to Philip
19  before? Before? So, we talked in March. Before that, did you speak to
20  somebody else at this number? When was the last time?
21     CARRIE LOWER:  So, the first time that I called you, even called
22  this account, was on March the 8th.
23     ANSWERING PARTY:  Right? When was the previous time that somebody
24  from United Rentals spoke with somebody at this number?
25

1          CARRIE LOWER:  So, it looks like on August 22nd, if my records
2    are correct, it looks like on August 26, 2022, there was another
3    business development rep that had reached out.
4          ANSWERING PARTY:  And spoke to somebody? Or they just called?
5          CARRIE LOWER:  Um, let me see what it does.
6          ANSWERING PARTY:  Yeah.
7          CARRIE LOWER:  Let me see if they left a message or what they
8    might have done. So in 2022, the notes say, "Spoke with gatekeeper
9    John. Phil not available, but Phil is DM. Will send contact info in the
10   email."
11         ANSWERING PARTY:  DM, meaning like the manager?
12         CARRIE LOWER:  No –
13         ANSWERING PARTY:  Decision maker.
14         CARRIE LOWER:  Decision maker, mm-hmm.
15         ANSWERING PARTY:  Okay. So, Phil was the decision maker. They
16   spoke with the gatekeeper, Phil was not available. He's the decision
17   maker. And then you never heard back?
18         CARRIE LOWER:  Well, from what I can see – let me look at one
19   more thing -- from what I can see as far as -- let me pull this up and
20   check out.
21   **[00:16:00]**
22   I'm not sure if the branch might have reached out in between
23   there. Let me take a look. So it looks like the branch might have
24   reached out, they left a voicemail. They reached out on…
25         ANSWERING PARTY:  When? When was that?

|   |   |
|---|---|
| 1 | CARRIE LOWER:  It was October 10, 2022. And another voicemail was |
| 2 | left on December 19th. |
| 3 | ANSWERING PARTY:  October, what was it? 2022? |
| 4 | CARRIE LOWER:  Yep. And then on December 19th – |
| 5 | ANSWERING PARTY:  Hold on, wait, wait, wait. Hold on, I just want |
| 6 | to get… What was it, October something 2022? |
| 7 | CARRIE LOWER:   October 10, 2022. |
| 8 | ANSWERING PARTY:  A voicemail then, okay. And then December – |
| 9 | CARRIE LOWER:  It was a voicemail that was left by the branch. |
| 10 | And then on December 19, 2022, another voicemail was left by the |
| 11 | branch. |
| 12 | ANSWERING PARTY:   Okay. |
| 13 | CARRIE LOWER:  And then there wasn't any more communication until |
| 14 | March the 8th, and that's when I started calling. |
| 15 | ANSWERING PARTY:  Got it. Okay, so nobody, nobody, no |
| 16 | communication at all in 2023. So, there was nobody, no calls or nothing |
| 17 | at that point. |
| 18 | CARRIE LOWER:  Uh-uh. It's not showing that there was, no. Let me |
| 19 | look at something else. The address I gave you, was that address |
| 20 | correct, by the way? |
| 21 | ANSWERING PARTY:  Um, I googled that business name that you gave |
| 22 | me. And, yeah, that appears to be where they were at. |
| 23 | CARRIE LOWER:  Okay, I want to look and see if there might have |
| 24 | been a duplicate account, sometimes that will happen. |
| 25 | [00:18:00] |

1      Yeah, I don't see. I don't see any duplicates.
2      ANSWERING PARTY:  Okay.
3      CARRIE LOWER:  There's no duplication.
4      ANSWERING PARTY:  Understood. So all right. So basically, I
5   haven't heard from anybody in 2023. All right. Well, I guess I
6   understand what's going on. It sounds like it was just calling the
7   previous business, but you don't do any sort of like verification to
8   make sure that it's still the same, the same people are…it's like the
9   same company, the same owner of the phone?
10     CARRIE LOWER:  That's the reason why I reach out once a quarter
11  or once every six months based on your rental frequency.
12     ANSWERING PARTY:  So you weren't the one that talked to them back
13  in 2022. It was a call from the branch.
14     CARRIE LOWER:  Right.
15     ANSWERING PARTY:  Got it. Okay.
16     CARRIE LOWER:  Right.
17     ANSWERING PARTY:  All right. Well, hey, I appreciate you telling
18  me all of this. That's good to know.
19     CARRIE LOWER:  [Laughs] So I'm still a little bit confused
20  though, [Laughs].  So, Charles W. Romano Company, is that your company?
21  Is that a company you work for?
22     ANSWERING PARTY:  No, no.
23     CARRIE LOWER:  Or you should not be associated with it
24  whatsoever?
25

1   ANSWERING PARTY:  No, Carrie, I'm James Shelton. I don't have
2   anything to do with Charles W. Romano Company at all.
3   **[00:20:00]**
4   I don't own the company. I don't work for the company. I don't
5   even know that company. In the sense that I don't interact with them.
6   I've never spoken with them. It's my understanding that they -- it's
7   possible, it sounds like it -- that the previous owner of this phone
8   number that you're calling was affiliated with that business or might
9   have been the owner or decision maker of that business. I don't know.
10  That's just what it sounds like to me. It's what I can put together in
11  my head here. I don't know for sure, but that's what it sounds like.
12  So, it sounds to me that maybe they had an account with you guys, and I
13  don't know. But I'm James Shelton. I don't have anything to do with
14  them. So, I shouldn't be getting any of these calls.
15  CARRIE LOWER:  Okay. I'm removing the phone number; I'm removing
16  the email address. Hopefully that will stop everything to where you
17  will not receive any more emails or any more calls.
18  ANSWERING PARTY:  I appreciate that, thank you.
19  CARRIE LOWER:  Of course, you're welcome. And I apologize. Please
20  accept our sincerest apologies. I'm not sure, it sounds like there must
21  have been some type of mix-up at some point, and I just want to
22  apologize about this. So, thank you.
23  ANSWERING PARTY:  I appreciate the apology, Carrie. Yeah, if you
24  could just do me a favor and just make sure my number's on the "do not
25  call" list. That would be great.

```
 1              CARRIE LOWER:  Absolutely. You got it. Thank you again for…thank
 2        you for answering and updating me on this.
 3              ANSWERING PARTY:  No, thank you for letting me know what happened
 4        here.
 5              CARRIE LOWER:  [Laughs] All right. Thank you, sir. You have a
 6        great week. Okay?
 7              ANSWERING PARTY:   Yep. Have a great day. Bye bye.
 8              CARRIE LOWER:  Bye bye.
 9              [00:21:52]
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    I hereby certify that the foregoing is, to the best of my
2    knowledge and belief, a true and accurate transcription from English to
3    English.
4
5
     *Anders Nelson*
6    Anders Nelson (Jan 23, 2025 11:13 EST)
     _____
7    Anders Nelson
8    Project Manager
9    TransPerfect Legal Solutions
10
11
12   January 23, 2025
13
14
15
16
17
18
19
20
21
22
23
24
25