# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | Case No. 3:24-cv-01774-VDO |
| Plaintiff /Counterclaim-Defendant, | |
| v. | |
| UNITED RENTALS, INC. | |
| Defendant /Counterclaim-Plaintiff. | FEBRUARY 6, 2025 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Counterclaim-Defendant James E. Shelton ("Shelton") and Defendant and Counterclaim-Plaintiff United Rentals, Inc. ("United Rentals") (collectively, the "Parties") hereby provide notice to the Court that they have reached a settlement in principle to resolve all claims in this action, which will avoid the need for further proceedings. The Parties expect to file a Joint Stipulation of Dismissal within 30 days.

By: */s/ Anthony I. Paronich*
　　Anthony Paronich
　　PARONICH LAW, P.C.
　　350 Lincoln Street, Suite 2400
　　Hingham, MA 02043
　　Telephone: (617) 485-0018
　　Facsimile: (508) 318-8100
　　Email: anthony@paronichlaw.com

　　Andrew Roman Perrong
　　PERRONG LAW LLC
　　2657 Mount Carmel Avenue
　　Glenside, Pennylvania 19038
　　Telephone: (215) 225-5529
　　Facsimile: (888) 329-0305
　　Email: a@perronglaw.com

　　*Counsel for James E. Shelton*

By: */s/ Jeffrey P. Mueller*
　　Jeffrey P. Mueller (ct 27870)
　　DAY PITNEY LLP
　　Goodwin Square
　　225 Asylum Street
　　Hartford, CT  06103-1212
　　Tel: (860) 275-0100
　　Fax: (860) 275-0343
　　Email: jmueller@daypitney.com

　　S. Stewart Haskins III (*pro hac vice*)
　　Allexia Bowman Roberts (*pro hac vice*)
　　KING & SPALDING LLP
　　1180 Peachtree Street, N.E.
　　Atlanta, Georgia 30309
　　Phone: (404) 572-4600
　　Email: shaskins@kslaw.com
　　Email: aroberts@kslaw.com

　　*Counsel for United Rentals*