### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff /<br>　　　　　Counterclaim-Defendant,<br><br>v.<br><br>UNITED RENTALS, INC.<br><br>　　　　　Defendant /<br>　　　　　Counterclaim-Plaintiff. | Case No. 3:24-cv-01774-VDO<br><br><br><br><br><br><br><br><br><br>APRIL 1, 2025 |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant James E. Shelton and Defendant and Counterclaim-Plaintiff United Rentals, Inc. hereby stipulate to the dismissal of this action with prejudice and without fees or costs to any party.

　　Respectfully submitted,

By: */s/ Andrew Perrong*　　　　　　　　　　By: */s/ Jeffrey P. Mueller*
　　Anthony Paronich　　　　　　　　　　　　　Jeffrey P. Mueller (ct27870)
　　PARONICH LAW, P.C.　　　　　　　　　　DAY PITNEY LLP
　　350 Lincoln Street, Suite 2400　　　　　　　Goodwin Square
　　Hingham, MA 02043　　　　　　　　　　　225 Asylum Street
　　Telephone: (617) 485-0018　　　　　　　　Hartford, CT 06103-1212
　　Facsimile: (508) 318-8100　　　　　　　　Phone: (860) 275-0100
　　Email: anthony@paronichlaw.com　　　　　Email: jmueller@daypitney.com

　　Andrew Roman Perrong　　　　　　　　　S. Stewart Haskins III (*pro hac vice*)
　　PERRONG LAW LLC　　　　　　　　　　Allexia Bowman Roberts (*pro hac vice*)
　　2657 Mount Carmel Avenue　　　　　　　　KING & SPALDING LLP
　　Glenside, Pennsylvania 19038　　　　　　　1180 Peachtree Street, N.E.
　　Telephone: (215) 225-5529　　　　　　　　Atlanta, Georgia 30309
　　Facsimile: (888) 329-0305　　　　　　　　Phone: (404) 572-4600
　　Email: a@perronglaw.com　　　　　　　　Email: shaskins@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　Email: aroberts@kslaw.com

　　*Counsel for James E. Shelton*
　　　　　　　　　　　　　　　　　　　　　　*Counsel for United Rentals, Inc.*